**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00496-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID YOUNG,

    Defendant.

**ORDER**

This matter is before the Court on Defendant's "Ex Parte Motion/Letter" ("Motion," Doc. # 148) requesting compassionate release. The Motion is denied for lack of jurisdiction.

Under 18 U.S.C. § 3582(c)(1)(A), the Court may not consider a defendant's motion to modify his sentence unless and until "the defendant has fully exhausted all administrative rights[.]" Generally speaking, this means a defendant must petition the warden of his place of incarceration before seeking relief in this Court. *Id.* Mr. Hollingsworth's Motion contains nothing to suggest that he exhausted his administrative remedies before seeking relief in this Court. Therefore, pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court is without jurisdiction to consider his Motion, and the Motion must be denied.

For the foregoing reasons, Defendant's Motion (Doc. # 148) is DENIED.

DATED:  April 27, 2020

                                BY THE COURT:

                                CHRISTINE M. ARGUELLO
                                United States District Judge